FILED
October 30, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:20-mj-00164-JDP
  Plaintiff, )
v. )
) ORDER FOR RELEASE OF
MILTON LARUE FIELDS, ) PERSON IN CUSTODY
  Defendant. )
)

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, MILTON LARUE FIELDS, Case No. 2:20-mj-00164-JDP from custody and for the following reasons:

  __X__   Release to third party custodian and supervised release conditions.

  ___    Bail Posted in the Sum of: $

     ___   Co-Signed Unsecured Appearance Bond

     _X_   The Defendant is ordered to appear in the Southern District of California on 11/3/2020 at 2:00 p.m. in Courtroom 2A at 221 West Broadway, San Diego, CA 92102.

  _X_   (Other) Additional conditions as stated on the record.

  _X_   (Other) The Defendant is ordered to be released on 10/31/2020 at 9:00 a.m. to the third party custodian, Ms. Narriman Fields.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/30/2020  at  3:50 p.m.

By: _____
Jeremy D. Petersen
United States Magistrate Judge